*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Donald C. Rohrbach and
Tracy Ann Rohrbach
      Debtor(s)

Case No: 18−13946−amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case; feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel).

Hearing rescheduled form 8/01/19.

    on: 9/5/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 7/8/19

Timothy B. McGrath
Clerk of Court

36 − 17
Form 167