United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 18-13946-amc
Donald C. Rohrbach                                                Chapter 13
Tracy Ann Rohrbach
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: BarbaraS              Page 1 of 2                  Date Rcvd: Jul 08, 2019
                              Form ID: 152                Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.

```
db/jdb         +Donald C. Rohrbach,    Tracy Ann Rohrbach,    66 Pine Ave.,    Birdsboro, PA 19508-9367
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
14122002       +Credit Protection Assoc/Etan Industries,    Attn: Bankruptcy,   Po Box 802068,
                 Dallas, TX 75380-2068
14169394       +FIRST SAVINGS CREDIT CARD,    WILLIAMSON AND BROWN,LLC,   4691 Clifton Pkwy,
                 Hamburg, NY 14075-3201
14122003       +First Premier Bank,   601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14128503       +John A. DiGiamberardino, Esq.,    Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,
                 Wyomissing, PA 19610-1342
14122005       +KML Law Group, P.C.,   701 Market St., Ste. 5000,    BNY Mellon Independence Ctr.,
                 Philadelphia, PA 19106-1541
14122004       +Keith J. Golub, Esquire,    Law Offices of Hayt, Hayt & Landau,    Two Industrial Way West,
                 Eatontown, NJ 07724-2279
14122007        Mr. Cooper,   Bankruptcy Dept.,    P.O. Box 6109094,   Dallas, TX 75261-9741
14128363       +Nationstar Mortgage LLC,    c/o Kevin G. McDonald, Esq.,   701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14171731       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,   Dallas, TX 75261-9096
14170734        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14122008        Target,   Target Card Services,    Mail Stop NCB-0461,   Minneapolis, MN 55440
14122009       +U.S. Bank NA,   c/o Nationstar Mortgage,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2019 03:13:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 09 2019 03:13:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.ebn@americaninfosource.com Jul 09 2019 03:28:24
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14121997       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 03:30:21     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14121998       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 09 2019 03:28:25
                 Capital One Auto Finance,    Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
14164845       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2019 03:29:16
                 Capital One Auto Finance, a division of Capital On,    c/o AIS Portfolio Services, L.P.,
                 4515 Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
14124206       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2019 03:28:24
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14173069        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 03:29:17
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14121999       +E-mail/Text: bankruptcy@cavps.com Jul 09 2019 03:13:17     Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14123114       +E-mail/Text: bankruptcy@cavps.com Jul 09 2019 03:13:17     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14122000       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 09 2019 03:12:47     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14122001       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 09 2019 03:30:32     Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
14181667        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 09 2019 03:13:14     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
14170733        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 03:28:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14172710       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 03:13:06     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14122006       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 03:13:06     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14178075        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 03:30:22
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14180213       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 09 2019 03:13:14     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14122601       +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 03:29:13     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Jul 08, 2019
                              Form ID: 152                Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14122010       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 09 2019 03:13:27      Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Donald C. Rohrbach jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Tracy Ann Rohrbach jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
               CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES
               2017-8 bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Donald C. Rohrbach and Tracy Ann Rohrbach
    Debtor(s)

Case No: 18−13946−amc
Chapter: 13

___

*NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/5/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

35
Form 152