IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DONALD AND TRACY ROHRBACH,　　　　: Chapter 13
　　　　　　　debtor　　　　　　　　　　　　　　　: Case No.  18-13946

## ORDER

　　　　Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $3,739.86 and advanced costs in the amount of $260.14.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

**Date: October 16, 2019**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge