| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-13946-PMM

DONALD C  ROHRBACH
TRACY ANN  ROHRBACH
66 PINE AVE
BIRDSBORO  PA     19508

Petition Filed Date: 06/13/2018
341 Hearing Date: 08/07/2018
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $535.00 | | 02/13/2019 | $535.00 | | 03/13/2019 | $535.00 | |
| 04/12/2019 | $541.00 | | 05/13/2019 | $541.00 | | 06/13/2019 | $541.00 | |
| 07/15/2019 | $640.00 | | 08/14/2019 | $640.00 | | 09/20/2019 | $640.00 | Monthly Plan P |
| 10/15/2019 | $640.00 | 6249155000 | 11/13/2019 | $640.00 | 6324558000 | 12/13/2019 | $640.00 | 6400999000 |
| 01/13/2020 | $640.00 | 6479361000 | 02/14/2020 | $640.00 | 6556798000 | 03/16/2020 | $640.00 | 6635458000 |
| 04/13/2020 | $640.00 | 6708386000 | 05/13/2020 | $640.00 | 6785436000 | 06/15/2020 | $640.00 | 6863893000 |
| 07/10/2020 | $640.00 | 6931193000 | 08/11/2020 | $640.00 | 7005631000 | | | |

**Total Receipts for the Period: $12,188.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,398.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | FIRST SAVINGS CREDIT CARD<br>»» 004 | Unsecured Creditors | $462.28 | $0.00 | $462.28 |
| 10 | AMERICAN INFOSOURCE LP<br>»» 010 | Unsecured Creditors | $675.00 | $0.00 | $675.00 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»» 003 | Secured Creditors | $15,526.67 | $5,087.11 | $10,439.56 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,416.02 | $0.00 | $1,416.02 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $792.74 | $0.00 | $792.74 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $831.43 | $0.00 | $831.43 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $379.67 | $0.00 | $379.67 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $641.65 | $0.00 | $641.65 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $1,705.30 | $0.00 | $1,705.30 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07A | Mortgage Arrears | $7,713.31 | $2,527.21 | $5,186.10 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07B | Mortgage Arrears | $3,955.62 | $1,296.02 | $2,659.60 |
| 6 | PINNACLE CREDIT SERVICES<br>»» 006 | Unsecured Creditors | $550.38 | $0.00 | $550.38 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $901.11 | $0.00 | $901.11 |

Chapter 13 Case No. 18-13946-PMM

| | | | | | |
|---|---|---|---|---|---|
| 2 | CASE & DIGIAMBERARDINO PC<br>»» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,398.00 | Current Monthly Payment: | $640.00 |
| Paid to Claims: | $12,910.34 | Arrearages: | ($640.00) |
| Paid to Trustee: | $1,335.66 | Total Plan Base: | $37,158.00 |
| Funds on Hand: | $1,152.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.