| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-13946-PMM

DONALD C ROHRBACH  
TRACY ANN ROHRBACH  
66 PINE AVE  
BIRDSBORO  PA    19508

Petition Filed Date: 06/13/2018  
341 Hearing Date: 08/07/2018  
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $640.00 | 7594528000 | 05/14/2021 | $640.00 | 7669310000 | 06/14/2021 | $640.00 | 7740942000 |
| 07/13/2021 | $640.00 | 7806724000 | 08/13/2021 | $640.00 | 7876626000 | 09/13/2021 | $640.00 | 7944788000 |
| 10/14/2021 | $640.00 | 8012843000 | 11/16/2021 | $640.00 | 8080394000 | 12/13/2021 | $640.00 | 8144649000 |
| 01/14/2022 | $640.00 | 8208996000 | 02/15/2022 | $640.00 | 8275647000 | 03/14/2022 | $640.00 | 8338703000 |
| 04/18/2022 | $640.00 | 8404244000 | 05/13/2022 | $640.00 | 8465500000 | 06/13/2022 | $640.00 | 8523139000 |
| 07/15/2022 | $640.00 | 8587023000 | | | | | | |

**Total Receipts for the Period: $10,240.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $30,118.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | FIRST SAVINGS CREDIT CARD »» 004 | Unsecured Creditors | $462.28 | $0.00 | $462.28 |
| 10 | AMERICAN INFOSOURCE LP »» 010 | Unsecured Creditors | $675.00 | $0.00 | $675.00 |
| 3 | CAPITAL ONE AUTO FINANCE »» 003 | Secured Creditors | $15,526.67 | $13,122.11 | $2,404.56 |
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $1,416.02 | $0.00 | $1,416.02 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $792.74 | $0.00 | $792.74 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $831.43 | $0.00 | $831.43 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $379.67 | $0.00 | $379.67 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $641.65 | $0.00 | $641.65 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $1,705.30 | $0.00 | $1,705.30 |
| 7 | NATIONSTAR MORTGAGE LLC »» 07A | Mortgage Arrears | $7,713.31 | $6,518.80 | $1,194.51 |
| 7 | NATIONSTAR MORTGAGE LLC »» 07B | Mortgage Arrears | $3,955.62 | $3,343.02 | $612.60 |
| 6 | PINNACLE CREDIT SERVICES »» 006 | Unsecured Creditors | $550.38 | $0.00 | $550.38 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $901.11 | $0.00 | $901.11 |
| 2 | CASE & DIGIAMBERARDINO PC »» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,118.00 | Current Monthly Payment: | $640.00 |
| Paid to Claims: | $26,983.93 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,545.26 | Total Plan Base: | $37,158.00 |
| Funds on Hand: | $588.81 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.