Certificate Number: 14424-PAE-DE-037464682

Bankruptcy Case Number: 18-13946



14424-PAE-DE-037464682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2023, at 1:09 o'clock PM EDT, Donald C Rohrbach completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 28, 2023                By:   /s/Mabelyn  Ramirez

                                   Name: Mabelyn  Ramirez

                                   Title: Instructor