Certificate Number: 14424-PAE-DE-037464681

Bankruptcy Case Number: 18-13946



14424-PAE-DE-037464681

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 28, 2023</u>, at <u>1:09</u> o'clock <u>PM EDT</u>, <u>Tracy A Rohrbach</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>May 28, 2023</u>          By:    <u>/s/Mabelyn  Ramirez</u>

Name: <u>Mabelyn  Ramirez</u>

Title: <u>Instructor</u>