Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-13946-PMM

DONALD C  ROHRBACH
TRACY ANN  ROHRBACH
66 PINE AVE
BIRDSBORO  PA    19508

Petition Filed Date: 06/13/2018
341 Hearing Date: 08/07/2018
Confirmation Date: 09/05/2019

Case Status: Completed on 6/ 9/2023

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $640.00 | 8646447000 | 09/15/2022 | $640.00 | 8706367000 | 10/14/2022 | $640.00 | 8766392000 |
| 11/14/2022 | $640.00 | 8825146000 | 12/12/2022 | $640.00 | 8878117000 | 01/17/2023 | $640.00 | 8938459000 |
| 02/14/2023 | $640.00 | 8993857000 | 03/13/2023 | $640.00 | 9052053000 | 04/14/2023 | $640.00 | 9110533000 |
| 05/15/2023 | $640.00 | 9165657000 | 06/09/2023 | $640.00 | 9214511000 | | | |

**Total Receipts for the Period: $7,040.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $37,158.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | FIRST SAVINGS CREDIT CARD<br>»» 004 | Unsecured Creditors | $462.28 | $462.28 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $675.00 | $67.26 | $607.74 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»» 003 | Secured Creditors | $15,526.67 | $15,526.67 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,416.02 | $141.09 | $1,274.93 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $792.74 | $78.99 | $713.75 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $831.43 | $831.43 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $379.67 | $379.67 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $641.65 | $63.93 | $577.72 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $1,705.30 | $169.92 | $1,535.38 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07A | Mortgage Arrears | $7,713.31 | $7,713.31 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07B | Mortgage Arrears | $3,955.62 | $3,955.62 | $0.00 |
| 6 | PINNACLE CREDIT SERVICES LLC<br>»» 006 | Unsecured Creditors | $550.38 | $550.38 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $901.11 | $89.79 | $811.32 |
| 2 | CASE & DIGIAMBERARDINO PC<br>»» 002 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CASE & DIGIAMBERARDINO PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-13946-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $37,158.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $34,030.34 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,127.66 | Total Plan Base: | $37,158.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.