United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-13946-pmm
Donald C. Rohrbach     Chapter 13
Tracy Ann Rohrbach
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Oct 16, 2023     Form ID: 138OBJ     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald C. Rohrbach, Tracy Ann Rohrbach, 66 Pine Ave., Birdsboro, PA 19508-9367 |
| 14122002 | + | Credit Protection Assoc/Etan Industries, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14713906 | + | Exeter Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14713908 | + | Exeter Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14169394 | + | FIRST SAVINGS CREDIT CARD, WILLIAMSON AND BROWN,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 14128503 | + | John A. DiGiamberardino, Esq., Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 14122004 | + | Keith J. Golub, Esquire, Law Offices of Hayt, Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14122007 | | Mr. Cooper, Bankruptcy Dept., P.O. Box 6109094, Dallas, TX 75261-9741 |
| 14128363 | + | Nationstar Mortgage LLC, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 17 2023 06:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 17 2023 06:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14121997 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2023 05:24:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14121998 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 17 2023 05:13:44 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14124206 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2023 05:13:46 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14164845 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 17 2023 06:09:02 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, L.P., 4515 Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 14173069 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2023 05:12:31 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14121999 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2023 06:40:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14123114 | + | Email/Text: bankruptcy@cavps.com | Oct 17 2023 06:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14122000 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2023 06:40:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14122001 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 17 2023 05:44:35 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14122003 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 17 2023 06:08:54 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14181667 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2023 06:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14122005 | ^ | MEBN | Oct 17 2023 01:45:41 | KML Law Group, P.C., 701 Market St., Ste. 5000, BNY Mellon Independence Ctr., Philadelphia, PA 19106-1541 |
| 14170733 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2023 05:11:09 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14172710 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2023 06:40:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14122006 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2023 06:40:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14171731 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2023 06:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14178075 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2023 05:13:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14170734 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2023 06:19:54 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14180213 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2023 06:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14122601 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2023 06:09:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14122008 | | Email/Text: bncmail@w-legal.com | Oct 17 2023 06:40:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14122009 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2023 06:40:00 | U.S. Bank NA, c/o Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14789009 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2023 06:40:00 | U.S. Bank Trust Company, N.A. et al., C/O Nationstar Mortgage, PO Box 619096, Dallas, TX 75261-9096 |
| 14122010 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 17 2023 06:41:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14714017 | *+ | Exeter Township, C/O James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 16, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
  on behalf of Creditor U.S. Bank Trust Company  National Association not in its individual but solely as trustee for the CIM Trust 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
  on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 bkecf@friedmanvartolo.com

JAMES RANDOLPH WOOD
  on behalf of Creditor Exeter Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KEVIN G. MCDONALD
  on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE FOR THE CIM TRUST 2017-8 MORTGAGE-BACKED NOTES, SERIES 2017-8 bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
  on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
  on behalf of Creditor U.S. Bank Trust Company  National Association not in its individual but solely as trustee for the CIM Trust 2023-NR1 Mortgage-Backed Notes, Series 2023-NR1 mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
  on behalf of Debtor Donald C. Rohrbach steve@sottolaw.com jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

STEPHEN MCCOY OTTO
  on behalf of Joint Debtor Tracy Ann Rohrbach steve@sottolaw.com jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Donald C. Rohrbach and Tracy Ann Rohrbach

        Debtor(s)                            Case No: 18−13946−pmm

                                               Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

              United States Bankruptcy Court
           Office of the Clerk, Gateway Building
               201 Penn Street, 1st Floor
                  Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/16/23